# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESUS LEYVA RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>DUCART,<br><br>    Respondent. | Case No. CV 17-00176 AB (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition filed by Petitioner, the Answer with supporting lodged records submitted by Respondent, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: March 07, 2018

_____
ANDRÉ BIROTTE JR.
United States District Judge