JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JESUS LEYVA RODRIGUEZ, | Case No. CV 17-00176 AB (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| DUCART, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: March 07, 2018

ANDRÉ BIROTTE JR.
United States District Judge